# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAISAL AHMED,<br><br>                       Plaintiff,<br>v.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al.,<br><br>                       Defendants. | Case No.: 17cv0709-MMA (NLS)<br><br>**ORDER DENYING AS MOOT MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>[Doc. No. 36] |

      On March 23, 2018, Defendants The Regents of the University of California, Dr. Hyong Kim, Debby Leedy, Pamela Thompson, Ellen Mathews, Gregory A. Spire, Linda Morgan, and Dr. Gary N. Bogart (collectively, "Defendants") filed a motion to dismiss Plaintiff Faisal Ahmed's ("Plaintiff") Second Amended Complaint ("SAC"). *See* Doc. No. 36. The Complaint Defendants seek to dismiss is no longer the operative pleading in this action, as Plaintiff's Third Amended Complaint, filed May 14, 2018, supersedes the SAC. *Forsyth v. Humana, Inc.*, 114 F.3d 1467, 1474 (9th Cir. 1997); *King v. Atiyeh*, 814 F.2d 565, 567 (9th Cir. 1987).

/ / /

/ / /

-1-          17cv0709-MMA (NLS)

As such, the Court **DENIES AS MOOT** Defendants' motion to dismiss Plaintiff's SAC.

**IT IS SO ORDERED.**

Dated: May 16, 2018

HON. MICHAEL M. ANELLO
United States District Judge